In the Matter of the Will of MARY M. MANNING, Deceased.

PASCAL P. FRYER et al., Appellants; NATIONAL COMMERCIAL BANK AND TRUST COMPANY OF ALBANY, as Executor, et al., Respondents.

(Argued October 9, 1929; decided October 25, 1929.)

*Edward J. Garono* and *Philip J. Wickser* for appellants.

*Arthur L. Andrews* for executor-respondent.

*Martin T. Nachtmann* for Edith L. F. Test et al., respondents.

*John T. DeGraff* for Alexander L. Fryer et al., respondents.

Orde affirmed, with costs payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: POUND, J.